## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

Count I: 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B) – Obtaining Information from a Protected Computer
Count II: 18 U.S.C. § 1030(a)(5)(A) & (c)(4)(B)(i) - Intentional Damage to a Protected Computer
Count III: 18 U.S.C. § 1001(a)(2) - False Statements to a Government Agency

☐ Petty    ☐ Minor    ☐ Misdemeanor    ☒ Felony

**PENALTY:** Ct. I: 5 years' imprisonment; $250,000 fine; 3 years' supervised release; Ct. II: 10 years' imprisonment, $250,000 fine, 3 years' supervised release; Ct. III: 5 years' imprisonment; $250,000 fine; 3 years' supervised release. For each Ct. I, II, III: $100 special assessment; forfeiture; restitution.

### DEFENDANT - U.S

Miklos Daniel Brody

**DISTRICT COURT NUMBER**
3:22-cr-00168 WHO

**FILED**
Dec 13 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Miklos Daniel Brody

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    ☐ U.S. ATTORNEY    ☐ DEFENSE

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
3:21-mj-70442

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Lauren M. Harding

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   On pretrial release

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal    ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:** ☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: