UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKLOS DANIEL BRODY,<br><br>    Defendant. | Case No. 22-cr-00168-WHO-1<br><br>**ORDER DENYING DEFENDANT ACCESS TO ACCOUNTS FROZEN BY THE GOVERNMENT** |

Defendant Miklos Daniel Brody moves for permission to access financial accounts frozen by the government in order to get his financial affairs in order, make a restitution payment, and pay the monthly CJA fee. Dkt. No. 241. The government objects: it reached out to some, though not all, of Brody's financial institutions to inform them of the government's lien on Brody's accounts under 18 U.S.C. § 3613(c), which ensures that the assets in them are available for the victim in this case. Dkt. 242 ("Objection"). Some, but not all, of Brody's financial institutions subsequently froze Brody's accounts. It is clear that Brody continues to access some other accounts because on February 1, 2024, the day before he filed this motion, he made a restitution payment of $110,000 from some source. That payment is obviously a positive step towards compliance with his obligations under the Judgment—yet he did not mention it in support of his motion. It is unclear what accounts he can access today, other than his checking account, and what assets they hold.

Brody's motion is DENIED. If Brody is unrepresented, AUSA Hsu has offered to communicate with him. Objection, Dkt. No. 242, at 3:7-12. To the extent Brody has concerns about his ability to comply with his obligations, he should be prepared to truthfully confirm all of

1   his assets, in his accounts and otherwise, if he is seeking some accommodation by the government.

2   **IT IS SO ORDERED.**

3   Dated: February 8, 2024

William H. Orrick
United States District Judge